UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & MCLENNAN AGENCY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BAXTER SOUTHERN, III,<br><br><br>    Defendant. | No. 1:25-CV-9080 (JLR)<br><br>**NOTICE OF DEFENDANT CHARLES BAXTER SOUTHERN'S MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all pleadings herein, Defendant Charles Baxter Southern will move this Court before the Hon. Jennifer L. Rochon, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing, with prejudice and without leave to replead, Plaintiff's Complaint, and for such other, further, and different relief as the Court deems appropriate.

Dated:  New York, New York
        January 15, 2026

DORSEY & WHITNEY LLP

By  */s/ Jeremy E. Deutsch*
    Jeremy E. Deutsch
    Krista E. Bolles
51 West 52nd Street
New York, NY 10019
(212) 415-9238
deutsch.jeremy@dorsey.com
bolles.krista@dorsey.com

-and-

*(Continued on Next Page)*

                Kathryn A. Johnson (*pro hac vice*)
                50 South 6th Street, Suite #1500
                Minneapolis, MN 55402
                (612) 492-6613
                johnson.kate@dorsey.com

                *Attorneys for Defendant Baxter Southern*

-2-