UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN AGENCY LLC,

                Plaintiff,

-against-

CHARLES BAXTER SOUTHERN III,

                Defendant.

Case No. 1:25-cv-09080 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On February 5, 2026, Plaintiff filed an amended complaint as of right following Defendant's motion to dismiss. *See* Dkts. 31, 32.[1]  Per the Court's Individual Rule 3(B), the motion to dismiss is denied as moot without prejudice to refiling with respect to the amended complaint.  The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 25.

Dated: February 12, 2026
     New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*

                            JENNIFER L. ROCHON
                            United States District Judge

---

[1] Due to a filing error, Plaintiff refiled its amended complaint at Dkt. 32.