# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

April 18, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

> **Re:    Marsh & McLennan Agency, LLC v. Charles Baxter Southern III**
> **SDNY Case No. 1:25-cv-09080 (JLR)**

Dear Judge Rochon:

We are the attorneys for Plaintiff Marsh & McLennan Agency, LLC ("Plaintiff" or "MMA"), in the above-referenced action. We write to address the recent motion seeking to consolidate the *Parrish* and *Gronovius* Actions for purposes of discovery. *See* ECF 234, *Marsh USA LLC v. Parrish, et al.*, No. 25-cv-6208-GBD-GS ("SDNY") ("*Parrish* Action"); ECF 217, *Marsh USA LLC, et al. v. Gronovius*, et al., No. 1:25-cv-09130-JLR (S.D.N.Y.) ("*Gronovius* Action"). As noted in that letter (at p. 4), we agree that it is appropriate to consolidate the *Southern* action with the *Parrish* and *Gronovius* Actions for purposes of discovery, and we join the request to consolidate.

Plaintiff MMA is also a Plaintiff in the *Gronovius* Action, alongside its parent company Marsh & McLennan Companies Inc. and certain other subsidiaries. Here, MMA sued Baxter Southern (a former MMA employee who is now employed by Howden US Services, LLC, a defendant in *Gronovius*) for breach of his restrictive covenant obligations, misappropriation of trade secrets and confidential information, and related torts, which MMA alleges he did to advance Howden's interests. *See Southern*, ECF 32 ¶ 1 (alleging Southern acted to fuel Howden). Those events overlap in part with the other actions, and unsurprisingly so given that Southern resigned on the same day as nearly all of the other individual Defendants. *See Southern*, ECF 32 ¶ 12 (Southern resigned on July 21, 2025) and ¶ 67 (*en masse* resignation of other employees with Southern); *see Parrish* ECF 1 ¶ 5 (Parrish, Lugones, Lynn, and Layton all resigned on July 21, 2025); *see Gronovius* ECF 34 ¶ 105, 125, 126, 132 (Gronovius, Amodeo, Serio, Perez, Wilcox, and Collins all resigned on July 21, 2025). Further, MMA, as a Plaintiff in the *Gronovius* action, alleges that Howden, a defendant in that action, exacted a raid on its operations, as well as Marsh's, through the actions of Southern, among others. *See, e.g., Gronovius*, ECF 34 ¶ 14.

# JacksonLewis

Critically, in this action—where Southern is the sole Defendant—MMA's damages focus on harm to McGriff Insurance Services, Inc., which MMA acquired prior to the events at issue. Southern served as the head of McGriff's marine team, and the alleged misconduct concerning employee departures, client disruption, and competitive harm to McGriff lies at the core of MMA's damages claims in this case. The *Gronovius* Action seeks damages from Howden relating to McGriff and arising from overlapping conduct, further underscoring the substantial factual and discovery interdependence between the actions.

Southern also is covered by the injunction in *Gronovius* as an employee and agent of Howden, and is one of the custodians whose files have been searched for purposes of compliance with that injunction. Moreover, Southern was identified by Howden in its answers to discovery in the *Gronovius* Action as having certain relevant hiring authority.

Dorsey & Whitney LLP, attorney of record for certain defendants in both the *Parrish* and *Gronovius* Actions, also represents the sole defendant in *Southern*. Akin Gump, attorney of record for Howden in the *Gronovius* Action, also represents third-party subpoena recipients (including Howden) in *Southern* case.

We have conferred with Defendant's attorneys Dorsey & Whitney LLP regarding consolidation of the *Southern* Action with the *Parrish* and *Gronovius* Actions for discovery purposes, and Defendant Southern does not consent to consolidation at this time. Notwithstanding Defendant's position, given the substantial overlap and the interests of judicial economy, Plaintiff MMA respectfully requests that the Court consolidate the *Southern* Action with the *Parrish* and *Gronovius* Actions for purposes of discovery.

We thank the Court for its time and consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

Clifford R. Atlas

cc:     Counsel of Record (via ECF)

Request DENIED. Given Defendant's opposition to consolidation, Dkt. 36, and the factual distinctions between this action and *Marsh USA LLC v. Parrish, et al.*, No. 25-cv-6208-GBD-GS (S.D.N.Y.) and *Marsh USA LLC, et al. v. Gronovius, et al.*, No. 1:25-cv-09130-JLR (S.D.N.Y.), the Court does not find that consolidation for purposes of discovery is warranted here.

Date:    April 23, 2026
         New York, New York

SO ORDERED.

**JENNIFER L. ROCHON**
**United States District Judge**